1  ANTHONY J. DECRISTOFORO, SBN 166171
   anthony.decristoforo@ogletree.com
2  KELSEY A. WEBBER, SBN 303721
   kelsey.webber@ogletree.com
3  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
4  Esquire Plaza
   1215 K Street 17th Floor
5  Sacramento, CA  95814
   Telephone:    916.840.3150
6  Facsimile:    916.840.3159

7  Attorneys for Defendant AGRIUM, INC. (erroneously sued as
   Agrium, Inc. dba Crop Production Services, Inc.)
8
9  JOSHUA F. RICHTEL, ESQ.
   TUTTLE & McCLOSKEY
10 750 E. Bullard, Suite 101
   Fresno, CA 93710
11 Tel.: (559) 437-1770
   Fax: (559) 437-0150
12
   Attorneys for Plaintiff, RICHARD ROMERO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD ROMERO<br><br>      Plaintiff,<br><br>    v.<br><br>AGRIUM, INC. dba CROP PRODUCTION SERVICES, INC. and DOES 1-50, inclusive,<br><br>      Defendant. | Case No. 1:17-cv-01080-DAD-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL AND PRETRIAL DATES**<br><br>(Doc. 9) |

////
////
////
////
////

1           Case No. 1:17-cv-01080-DAD-SKO
**STIPULATION AND ORDER TO CONTINUE TRIAL AND PRETRIAL DATES**

Defendant AGRIUM, INC. (erroneously sued as Agrium, Inc. dba Crop Production Services, Inc.) ("Defendant") and Plaintiff Richard Romero ("Plaintiff") (collectively, "Parties"), through their counsel of record, hereby agree and stipulate as follows:

WHEREAS, the Court's Scheduling Order dated November 15, 2017, initially set the following dates in this action:

| Event | Date |
| --- | --- |
| Non-Expert Discovery Cut-Off | September 28, 2018 |
| Expert Disclosures | October 10, 2018 |
| Rebuttal Expert Disclosures | October 25, 2018 |
| Expert Discovery | November 15, 2018 |
| Last day to File Non-Dispositive Motion | November 21, 2018 |
| Last day to hear Non-Dispositive Motions | December 19, 2018 |
| Last day to File Dispositive Motion | November 26, 2018 |
| Hearing on Dispositive Motion | January 7, 2019 |
| Settlement Conference | April 2, 2019 at 1:00 p.m. Courtroom 10 |
| Pretrial Conference | March 18, 2019 at 1:30 p.m. Courtroom 5 |
| Trial | May 14, 2019 at 8:30 a.m. Courtroom 5 |

WHEREAS, the Parties have engaged in discovery and have diligently litigated this action;

WHEREAS, the Parties have agreed to participate in private mediation;

WHEREAS, the Parties have met and conferred on the subject of continuing the trial, and pretrial dates, and stipulate and request that the Court extend the trial and pretrial dates by 90 days to allow the Parties sufficient time to schedule and attend mediation, to complete additional discovery, if necessary, and to initiate any necessary motion practice;

WHEREAS, no party has previously requested a continuance of the trial in this case; this is the Parties' first request for a continuance of the trial and related dates; the requested continuance is not being sought for the purpose of delay, but rather, to promote the interest of judicial efficiency and economy; and no party will be prejudiced by the requested continuance.

ACCORDINGLY, FOR GOOD CAUSE SHOWN, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

The Parties request that the Court grant the [Proposed] Order for Continuance of Trial and Pretrial Dates, and continue all dates as set forth in the Amended Schedule of Trial and Pretrial Deadlines attached as Exhibit A, or as the Court otherwise deems convenient and appropriate.

DATED: August 29, 2018  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Kelsey A. Webber
Anthony J. DeCristoforo
Kelsey A. Webber
Attorneys for Defendant AGRIUM, INC.
(erroneously sued as Agrium, Inc. dba Crop Production Services, Inc.)

DATED: August 29, 2018  TUTTLE & MCCLOSKEY
A PROFESSIONAL CORPORATION

By: /s/ Joshua F. Richtel
JOSHUA F. RICHTEL
Attorneys For Plaintiff RICHARD ROMERO

## **ATTESTATION**

Pursuant to Local Rule 5-1(i)(1), I attest that concurrence in the filing of this document has been obtained from the other signator.

DATED: August 29, 2018  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Kelsey A. Webber
Anthony J. DeCristoforo
Kelsey A. Webber
Attorneys for Defendant AGRIUM, INC.
(erroneously sued as Agrium, Inc. dba Crop Production Services, Inc.)

# EXHIBIT A

## Amended Schedule of Trial and Pretrial Dates

| Event | Prior Date | Continued Date |
| --- | --- | --- |
| Non-Expert Discovery Cut-Off | September 28, 2018 | December 28, 2018 |
| Expert Disclosures | October 10, 2018 | January 16, 2019 |
| Rebuttal Expert Disclosures | October 25, 2018 | January 31, 2019 |
| Expert Discovery | November 15, 2018 | February 21, 2019 |
| Last day to File Non-Dispositive Motion | November 21, 2018 | February 27, 2019 |
| Last day to hear Non-Dispositive Motions | December 19, 2018 | March 27, 2019 |
| Last day to File Dispositive Motion | November 26, 2018 | March 4, 2019 |
| Hearing on Dispositive Motion | January 7, 2019 | April 8, 2019 |
| Settlement Conference | April 2, 2019 at 1:00 p.m. Courtroom 10 | July 2, 2019 at 1:00 p.m. Courtroom 10 |
| Pretrial Conference | March 18, 2019 at 1:30 p.m. Courtroom 5 | June 17, 2019 at 1:30 p.m. Courtroom 5 |
| Trial | May 14, 2019 at 8:30 a.m. Courtroom 5 | August 13, 2019 at 8:30 a.m. Courtroom 5 |

# ORDER

The Court has reviewed the Joint Stipulation and Request for Continuance of Trial and Pretrial Dates and Deadlines filed by Defendant AGRIUM, INC. (erroneously sued as Agrium, Inc. dba Crop Production Services, Inc.) ("Defendant") and Plaintiff Richard Romero ("Plaintiff") (collectively, "Parties"), through their counsel of record, requesting that the Court enter an Order continuing the trial and pretrial dates and deadlines in this action by 90 days. (Doc. 9)

Pursuant to the Parties' stipulation, with good cause shown, the Court hereby ORDERS that the Scheduling Order (Doc. 8) is modified as follows:[1]

| Event | Prior Date | Continued Date |
|---|---|---|
| Non-Expert Discovery Cut-Off | September 28, 2018 | December 28, 2018 |
| Expert Disclosures | October 10, 2018 | January 16, 2019 |
| Rebuttal Expert Disclosures | October 25, 2018 | January 31, 2019 |
| Expert Discovery | November 15, 2018 | February 21, 2019 |
| Last day to File Non-Dispositive Motion | November 21, 2018 | February 27, 2019 |
| Last day to hear Non-Dispositive Motions | December 19, 2018 | March 27, 2019 |
| Last day to File Dispositive Motion | November 26, 2018 | March 4, 2019 |
| Hearing on Dispositive Motion | January 7, 2019 | April 16, 2019 |
| Settlement Conference | April 2, 2019 at 1:00 p.m. Courtroom 10 | June 20, 2019 at 1:00 p.m. Courtroom 10 |
| Pretrial Conference | March 18, 2019 at 1:30 p.m. | June 24, 2019 at 1:30 |

---

[1] Several of the dates proposed by the parties have been adjusted to comport with the Court's calendar, to allow the Court adequate time to rule on dispositive motions, and to permit the parties sufficient time to prepare their pretrial submissions and for trial.

|  | Courtroom 5 | p.m. Courtroom 5 |
| --- | --- | --- |
| Trial | May 14, 2019 at 8:30 a.m. Courtroom 5 | August 20, 2019 at 1:00 p.m. Courtroom 5 |

IT IS SO ORDERED.

Dated: __**August 31, 2018**__  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE